FILED
CLERK, U.S. DISTRICT COURT

AUG - 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>Robert Haskell<br>    Defendant. | Case No. SACR 09-248 DOC-21<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>· Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

  On arrest warrant issued by the United States District Court for the Central Dist. of Cal. involving alleged violations of conditions of ~~probation~~/supervised release:

  1. The court finds that no condition or combination of conditions will reasonably assure:

    A. ( X ) the appearance of defendant as required; and/or

    B. ( X ) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

   A. ( X ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _See PSA report_

   B. ( X ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _See PSA report_

IT IS ORDERED that defendant be detained.

DATED: 8-4-16

Frederick F. Mumm
United States Magistrate Judge